# Court of Appeals
# of the State of Georgia

ATLANTA,  September 16, 2020

*The Court of Appeals hereby passes the following order:*

## A21E0010. JASMINE LEIGH DOURESSEAUX v. AARON CHRISTIAN THOMAS.

Applicant Jasmine Leigh Douresseaux has filed an emergency motion requesting the stay of the trial court's order holding her in civil and criminal contempt for failing to comply with a prior child custody order. Douresseaux asserts that, because she properly filed a notice of appeal of the contempt order and applied for supersedeas, the trial court lacks jurisdiction to proceed on a contempt hearing, which according to the record before us is set for September 17, 2020.

Generally, "a supersedeas suspends all further proceedings in the suit in which the judgment superseded is rendered. . . . Under this rule, the supersedeas, during its pendency, prevents any steps to enforce or carry into effect the judgment." (Citation and punctuation omitted.) *Simmons v. Harms*, 287 Ga. 176, 181 (3) (a) (695 SE2d 38) (2010). OCGA § 5-6-13 (a) provides that "[a] judge of any trial court or tribunal having the power to adjudge and punish for contempt shall grant to any person convicted of or adjudged to be in contempt of court a supersedeas upon application and compliance with the provisions of law as to appeal and certiorari, where the person also submits, within the time prescribed by law, written notice that he intends to seek review of the conviction or adjudication of contempt. It shall not be in the discretion of any trial court judge to grant or refuse a supersedeas in cases of contempt."

It appears from the record before us that Douresseaux timely filed a notice of appeal from the trial court's contempt order and properly applied for supersedeas under OCGA § 5-6-13 (a). Accordingly, Douresseaux's motion is hereby GRANTED,

and the trial court's enforcement of the contempt order is STAYED until the resolution of Douresseaux's appeal thereof.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,   09/16/2020          *

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

..........................................*Stephen E. Castlen*........................., *Clerk.*